UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2214 (MJD/JGL)

LEGAL AID SOCIETY OF MINNEAPOLIS,

Plaintiff,

v.

**PRETRIAL ORDER**

ANDREW CUOMO, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

2. The period during which the parties may seek discovery shall be completed by May 1, 2001;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2001;

4. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to July 1, 2001; and

5. This case will be considered "ready for trial" as of July 1, 2001.

DATED: January 8, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JAN 08 2001
Francis E. Dosal, Clerk
Judgment Entd.______________
Deputy Clerk______________