**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Legal Aid Society of Minneapolis,

Plaintiff,

vs.

Melquiades Martinez, in his official capacity as Secretary of the United States Department of Housing and Urban Development; and, the United States Department of Housing and Urban Development,

Defendants.

**STIPULATED ORDER**

**Civil Action No. 00-CV-2214 MJD/JGL**

The parties, through their counsel, stipulate and agree that the above-entitled action is settled on the following terms:

1. Defendants will produce producible documents requested in plaintiff's March 7, 2000 FOIA request to plaintiff's counsel at Legal Aid Society of Minneapolis, 430 First Avenue North, Suite 300, Minneapolis, MN, 55401, postmarked no later than March 16, 2001;

2. In exchange for plaintiff's waiver of attorneys' fees and costs, defendants waive search, review or processing fees, now estimated at $518.00, for production of producible documents responding to plaintiff's March 7, 2000 FOIA request;

3. In return for production by March 16, 2001, of records requested by plaintiff on March 7, 2000, and defendants' waiver of fees, plaintiff waives any claim it may have to recover



FEB 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

attorneys' fees and costs under the Freedom of Information Act or any other theory of recovery in this matter;

4. Defendants withdraw their Motion for a Stay of the Proceedings;

5. The Court will retain jurisdiction of this action until April 2, 2001, and, if no motions are then pending, may dismiss this action with prejudice and without further notice to the parties, each party to bear its own costs.

Dated: Feb. 23, 2001.

**LAW OFFICES OF THE LEGAL AID SOCIETY OF MINNEAPOLIS**

By: Dorinda L. Wider
Dorinda L. Wider
Attorney ID No. 162334
James A. Lee, Jr.
Attorney ID No. 129276
430 First Avenue North, Suite 300
Minneapolis, MN 55401-1780
(612) 332-1441

Attorneys for plaintiff

Dated: February 23, 2001.

**ROBERT M. SMALL**
**United States Attorney**

By: M. Trippler
Mary L. Trippler
Assistant U.S. Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Attorney for defendants

**IT IS SO ORDERED:**

Feb 26, 2001
Dated

Magistrate Judge Jonathan G. Lebedoff