UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2214 (MJD/JGL)

LEGAL AID SOCIETY OF MINNEAPOLIS, INC.,

Plaintiff,

v.

MEL MARTINEZ, in his official capacity as Secretary of Housing and Urban Development; and the United States Department of Housing and Urban Development,

Defendants.

ORDER

Pursuant to the Stipulation of the Parties and the Order of February 26, 2001, the above-entitled action is dismissed with prejudice, each party to bear its costs.

Dated: April 5, 2001

MICHAEL J. DAVIS
U.S. District Court Judge

APR - 6 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK